IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICARDO CORREDOR,

       Petitioner/Appellant,

v.                                       No.  1:12-cv-00186-JCH-CG

ERIC HOLDER, UNITED STATES
ATTORNEY GENERAL, ET AL.,

       Respondent/Appellee.

## ORDER

**THIS MATTER** having come before the Court upon Ricardo Corredor's Motion for leave to Proceed on Appeal Without Prepayment of Costs or Fees (Doc. 7), and the Court being fully advised, finds the motion to be well-taken;

**IT IS THEREFORE ORDERED** that the motion is hereby granted and Ricardo Corredor, may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE